PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Oct 13, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON IRIBE, <br><br> Defendant. | CASE NO. 2:21-CR-0189-KJM <br><br> [PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal portions of the indictment and keep any reference to the other defendant sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated: October 13, 2021

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT