UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 3, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>AARON IRIBE,<br><br>                  Defendant. | Case No.  2:21-CR-00189-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  AARON IRIBE ,

Case No.  2:21-CR-00189-KJM   Charge 21 USC § 846; 841(a)(1), from custody for the following reasons: for the following reasons:

\_\_\_\_\_    Release on Personal Recognizance

  X       Bail Posted in the Sum of $ _____

          X       Unsecured Appearance Bond $   100,000 (co-signed)

\_\_\_\_\_    Appearance Bond with 10% Deposit

          X       Appearance Bond with Surety    $50,000 (secured)

\_\_\_\_\_    Corporate Surety Bail Bond

  X       (Other):  Defendant to be released on 12/6/2021 at 9:00 AM to Pretrial Services                                    .

Issued at Sacramento, California on December 3, 2021 at 4:00 p.m.

By:  _/s/ Deborah Barnes_

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE