PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>AARON IRIBE,<br><br>                          Defendant. | CASE NO. 2:21-CR-189-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 10, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 10, 2022.

2. By this stipulation, defendant now moves to continue the status conference until March 21, 2022, and to exclude time between January 10, 2022, and March 21, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 148 pages of reports, search warrants, and other documents, as well as multiple audio and video recordings and the contents of seized cell phones. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)        Counsel for defendant desires additional time to review this discovery, conduct factual investigation, evaluate the charges and potential defenses, consult with her client, and otherwise prepare for trial.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2022 to March 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 5, 2022                            PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ DAVID W. SPENCER
                                                   DAVID W. SPENCER
                                                   Assistant United States Attorney

Dated:  January 5, 2022            /s/ Jennifer Mouzis
                                   Jennifer Mouzis
                                   Counsel for Defendant
                                   AARON IRIBE

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of January 2022.  The status conference is continued to March 21, 2022, at 9:00 a.m., time between January 10, 2022, and March 21, 2022 is excluded.

CHIEF UNITED STATES DISTRICT JUDGE