**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
AARON IRIBE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **AARON IRIBE**, <br><br> Defendant. | 2:21-CR-00189-KJM <br><br> **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL TO LOS ANGELES COUNTY.** |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, Aaron Iribe, by and through his counsel, Jennifer Mouzis, hereby stipulate that Mr. Iribe may, with the permission of his pre-trial services officer, and pursuant to such conditions as required by his pre-trial services officer, travel to Los Angeles County, California between the dates of February 18, 2022 and February 20, 2022 to visit family, attend a Quinceañera and get glasses. It is further stipulated that Mr. Iribe must check in with his pre-trial services officer, provide the name and address and phone number for the eye glasses and for the Quinceañera, and provide the location where he will be staying as required by his pre-trial services officer.

Pretrial services reports that Mr. Iribe has remained in compliance with all of the conditions of release including the location monitoring program restrictions, and respectfully defers to the Court regarding his request to remain away from his residence over-night.

The government does not object to this request given that the Pretrial Services Officer approves of the travel to the Central District of California. The government also does not object to Mr. Iribe staying away from his residence overnight given the length of travel from his residence to Los Angeles County.

The Defendant's last appearance on this case was January 12, 2022, where Defendant was telephonically present for his 2nd BCCP Hearing (ECF 36). The Defendant's next appearance is February 16, 2022 where he is to appear telephonically for his 3rd BCCP Hearing.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 11, 2022  PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ David Spencer
DAVID SPENCER
Assistant United States Attorney

Dated: February 11, 2022  /s/ Jennifer Mouzis
JENNIFER MOUZIS
Attorney for Defendant
AARON IRIBE

**ORDER**

IT IS SO ORDERED.

Dated: February 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE