**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
AARON IRIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,       )<br>                                                       )<br>                          Plaintiff,         )<br>                                                       )<br>**v.**                                                )<br>                                                       )<br>                                                       )<br>**AARON IRIBE,**                            )<br>                                                       )<br>                          Defendant.   )<br>_____ ) | 2:21-CR-00189-KJM<br><br>**STIPULATION AND**<br>**ORDER TO MODIFY DEFENDANT'S**<br>**CURFEW**- |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, Aaron Iribe, by and through his counsel, Jennifer Mouzis, hereby stipulate to modify Aaron Iribe curfew to 10:00 p.m. to 6:00 a.m. daily. Mr. Iribe's previous curfew was 7:00 p.m. to 6:00 a.m. daily. According to the assigned Pretrial Services Officer, the Better Choices Court Program (BCCP) judge in Fresno has indicated she is in favor of such modification given that Mr. Iribe has been participating in the BCCP program with much positivity and has made great progress.  The Pretrial Services Officer reports that Mr. Iribe is in compliance with his conditions of release.  Pretrial Services recommends the Curfew being modified to 10:00 p.m. to 6:00 a.m.  Based on Pretrial Services' recommendation, the

1

government has no objection to this request.

Mr. Iribe's last appearance on this case was April 20, 2022, where Mr. Iribe was telephonically present for his 5th BCCP Hearing (ECF 43).[1]  Mr. Iribe's next appearance is June 15, 2022 where he is to appear telephonically for his 6th BCCP Hearing.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: June 13~~6~~, 2022                                PHILLIP A. TALBERT
                                                        United States Attorney

                                            By:    /s/ David Spencer
                                                   DAVID SPENCER
                                                   Assistant United States Attorney

Dated: June 13~~6~~, 2022                                /s/ Jennifer Mouzis
                                                   JENNIFER MOUZIS
                                                   Attorney for Defendant
                                                   AARON IRIBE

**ORDER**

Dated:  **June 16, 2022**                           /s/ Edmund P. Brennan
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] On May 18, 2022, Mr. Iribe failed to appear for his 6th BCCP hearing.  According to the Pretrial Services Officer, Mr. Iribe apologized and provided a legitimate excuse that the BCCP judge accepted.