**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
AARON IRIBE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:21-CR-00189-KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY DEFENDANT'S CURFEW.** |
| v. | |
| **AARON IRIBE,** | |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, Aaron Iribe, by and through his counsel, Jennifer Mouzis, hereby stipulate to modify Aaron Iribe's curfew to 10:00 p.m. to 4:30 a.m. daily. Mr. Iribe's work schedule has changed and necessitates a modification of his curfew. Mr. Iribe's previous curfew was 10:00 p.m. to 6:00 a.m. daily. According to the assigned Pretrial Services Officer, Mr. Iribe will be graduating from the Better Choices Court Program (BCCP) on Wednesday, December 14, 2022. Pretrial Services recommends the Curfew being modified to 10:00 p.m. to 4:30 a.m. Based on Pretrial Services' recommendation, the government has no objection to this request.

Mr. Iribe's last appearance on this case was November 16, 2022, where Mr. Iribe was telephonically present for his 11th BCCP Hearing (ECF 73). Mr. Iribe's next appearance is December 14, 2022 where he is to appear for his 12th BCCP Hearing and Graduation.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 7, 2022          PHILLIP A. TALBERT
                                 United States Attorney

                          By:    /s/ David Spencer
                                 DAVID SPENCER
                                 Assistant United States Attorney

Dated: December 7, 2022          /s/ Jennifer Mouzis
                                 JENNIFER MOUZIS
                                 Attorney for Defendant
                                 AARON IRIBE

**ORDER**

IT IS SO ORDERED.

Dated: December 7, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE