**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
AARON IRIBE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:21-CR-00189-KJM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL TO SAN BERNARDINO COUNTY.** |
| v. | |
| **AARON IRIBE,** | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, Aaron Iribe, by and through his counsel, Jennifer Mouzis, hereby stipulate that Mr. Iribe may, with the permission of his pre-trial services officer, Frank Guerrero and pursuant to such conditions as required by his pre-trial services officer, travel to San Bernardino County, California between the dates of March 3, 2023 and March 5, 2023 attend his uncle's birthday celebration.  It is further stipulated that Mr. Iribe must check in with his pre-trial services officer, provide the name and address and phone number for the birthday, and provide the location where he will be staying as required by his pre-trial services officer.

Pretrial services reports that Mr. Iribe has remained in compliance with all of the conditions of release including the location monitoring program restrictions, and respectfully defers to the Court regarding his request to remain away from his residence over-night.

The government does not object to this request given that the Pretrial Services Officer approves of the travel to the Central District of California.  The government also does not object to Mr. Iribe staying away from his residence overnight given the length of travel from his residence to San Bernardino County.

The Defendant's last appearance on this case was December 14, 2022, where Defendant was telephonically present for his 12th and final BCCP Hearing (ECF 79). The Defendant completed the program and graduated. The Defendant's next appearance is March 20, 2023 for Status Conference.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 28, 2023         PHILLIP A. TALBERT
                                 Acting United States Attorney

                        By:   /s/ David Spencer
                              DAVID SPENCER
                              Assistant United States Attorney

Dated: February 28, 2023          /s/ Jennifer Mouzis
                                 JENNIFER MOUZIS
                                 Attorney for Defendant
                                 AARON IRIBE


**ORDER**

IT IS SO ORDERED.

Dated: March 1, 2023
                                 Honorable Jeremy D. Peterson
                                 United States Magistrate Judge