PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-189-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| AARON IRIBE, and DANIEL LOPEZ, | DATE: July 6, 2023 TIME: 9:00 a.m. COURT: Hon. Daniel J. Calabretta |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 26, 2023, before the Honorable Kimberly J. Mueller, and time was excluded through that date under Local Code T4. ECF No. 90.

2. On April 6, 2023, this case was reassigned to the Honorable Daniel J. Calabretta for all further proceedings. The previously scheduled June 26, 2023, status hearing was vacated and the parties were directed to "consult Judge Calabretta's webpage, select an available date on his criminal law and motion calendar, and set the matter for hearing before the reassigned judge." ECF No. 91.

3. By this stipulation, the parties request to set a status hearing for July 6, 2023, and to exclude time between June 26, 2023, and July 6, 2023, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

      a)     The government has represented that the discovery associated with this case includes approximately 148 pages of reports, search warrants, and other documents, as well as multiple audio and video recordings and the contents of seized cell phones. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     On October 11, 2022, defendant Daniel Lopez made his initial appearance in this district and attorney Mark Reichel was appointed to represent him. ECF No. 59.

      c)     Counsel for defendants desire additional time to review this discovery, conduct factual investigation, evaluate the charges and potential defenses, consult with their respective clients, and otherwise prepare for trial.

      d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 26, 2023 to July 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

Dated: April 26, 2023                     PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ DAVID W. SPENCER
                                          DAVID W. SPENCER
                                          Assistant United States Attorney

Dated: April 26, 2023                     /s/ Jennifer Mouzis
                                          Jennifer Mouzis
                                          Counsel for Defendant
                                          AARON IRIBE

Dated: April 26, 2023                     /s/ Mark Reichel
                                          Mark Reichel
                                          Counsel for Defendant
                                          DANIEL LOPEZ

## ORDER

IT IS SO FOUND AND ORDERED this 27th day of April, 2023.

                                          /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE